FILED
MAY 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICKY REDDING and VALERIE E. GIBBS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CRIMINAL NO. 18-30092-DRH<br>)<br>) Title 18, United States Code,<br>) Sections 2, 1791(a)(2) and<br>) 1791(b)(1).<br>)<br>) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### ATTEMPTED POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about December 18, 2016, in Bond County, Illinois, within the Southern District of Illinois,

**RICKY REDDING ,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville,

aided and abetted by

**VALERIE E. GIBBS,**

defendant herein, did knowingly attempt to possess a prohibited object, to wit:   heroin, a Schedule

I controlled substance and narcotic drug; all in violation of Title 18, United States Code, Sections 2, 1791(a)(2) and (b)(1).

A TRUE BILL

███████████████

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommend Bond:   Detention for Redding
                  $10,000 unsecured bond for Gibbs